# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:10-CR-317 WBS
     )
Jerry Ramirez

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **Jerry Ramirez**

Detained at (custodian): **Deuel Voational Institution**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment     ☐ Information     ☐ Complaint
Charging Detainee With: **Fellon in Possession of a Firearm; Possession of an Unregistered Firearm**

    or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
    or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Forthwith in the Eastern District of California.*

Signature: /S/
Printed Name & Phone No: **John K. Vincent / (916) 554-2795**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *Forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

September 13, 2010      /s/ Gregory G. Hollows
Date      United States District/Magistrate Judge
ramirez317.ord

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | V088512 | DOB: | 1982 |
| Facility Address: | 23500 Kasson Road, P.O. Box 8101 | Race: | |
| | Tracy, CA 95378-0400 | FBI #: | |
| Facility Phone: | (209) 835-4141 | | |
| Currently Incarcerated For: | Parole Violation | | |

**RETURN OF SERVICE**

Executed on _____ by _____
                                                                                         (Signature)