BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JERRY RAMIREZ,<br><br>　　　　　　Defendant. | CASE NO. 2:10-CR-00317-WBS<br><br>MOTION TO CONTINUE STATUS CONFERENCE, STIPULATION, AND [PROPOSED] ORDER THEREON |

<u>Reasons for Motion to Continue</u>

　　　The parties stipulate to a continuance in the above-captioned case.  The defense has recently provided discovery to the United States, and the United States needs additional time to consider and evaluate that information, conduct follow-up, and communicate with defense counsel regarding a possible resolution.  The parties request that the status conference presently set for February 14, 2011 at 8:30 a.m. be continued to Monday, March 7, 2011 at 8:30 a.m..

<u>Stipulation</u>

　　　The parties, through their respective counsel, stipulate that the status conference presently set for February 14, 2011 at 8:30

1

a.m. be continued to **Monday, March 7, 2011 at 8:30 a.m.**.   The parties further stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The parties further stipulate that all time included in this continuance be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) for defense preparation and gathering of materials which may affect a possible plea negotiation. (Local Code T4).

Dated: February 10, 2011

                                        By, /s/ Robert M. Holley (by JKV)
                                             ROBERT M. HOLLEY
                                             Counsel for Mr. Ramirez


                                             BENJAMIN B. WAGNER
                                             United States Attorney

                                        By, /s/ John K. Vincent
                                             JOHN K. VINCENT
                                             Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, the calendaring change for a further status conference, as set forth above, with the stipulated exclusion of time under the Speedy Trial Act (18 U.S.C. § 3161) IS SO ORDERED.

Dated: February 11, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE