BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-cr-00317-WBS |
| Plaintiff, ) | |
| v. ) | GOVERNMENT'S MOTION TO DISMISS INDICTMENT; [~~PROPOSED~~] ORDER THEREON |
| JERRY RAMIREZ, ) | |
| Defendant. ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States hereby moves the Court, in the interest of justice, for an order dismissing the Indictment in this case against Jerry Ramirez.  Evidence which has been developed since the charges were filed in this case cause the United States to believe that it will

///
///
///
///
///
///

1

1  not be able to prove the guilt of the defendant beyond a reasonable
2  doubt.
3  DATED: March 24, 2011

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                By, /s/ John K. Vincent
                                    JOHN K. VINCENT
                                    Assistant U.S. Attorney




                            O R D E R
    In view of the instant motion, and GOOD CAUSE APPEARING
THEREFORE, IT IS HEREBY ORDERED that the Indictment in the above-
captioned action is hereby dismissed.
DATED: March 25, 2011

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE

2